■ MARTIN REINGOLD, Appellant, v BARBARA REINGOLD, Respondent. — In a matrimonial action, plaintiff husband appeals, as limited by his brief, from stated portions of an order of the Supreme Court, Westchester County (Colabella, J.), entered August 23, 1983, which, *inter alia,* granted defendant wife *pendente lite* maintenance and child support in the amount of $1,400 per week. ¶ Order modified, on the facts, by deleting the provision which awarded defendant wife $1,400 per week as maintenance and child support *pendente lite* and substituting therefor a provision directing plaintiff to pay defendant *pendente lite* maintenance of $600 per week and *pendente lite* child support of $275 per week, and directing defendant to assume responsibility *pendente lite* for payment of the mortgage, utilities, taxes and insurance on the marital residence. As so modified, order affirmed insofar as appealed from, without costs or disbursements. ¶ On the record before us we find that the award of *pendente lite* maintenance and child support was excessive to the extent indicated. Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.